FILED '08 SEP 17 16:06 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GARTH HAIG BROWN,

        Defendant.

Case No. CR 98-208-17-HA

ORDER TERMINATING SUPERVISED RELEASE

The defendant's motion to terminate supervised release [2431] is hereby granted.

DATED this 16th day of September, 2008

*/s/ Ancer L. Haggerty*
ANCER L. HAGGERTY
CHIEF U.S. DISTRICT COURT JUDGE

ORDER TERMINATING SUPERVISED RELEASE